**FELSENFELD LE[GAL]**

# Steven Felsenfeld, Es[q.]

Tel.: (914) 844-4911, Fax: (914) 631-2005, E[mail: ...]

ALL CORRESPONDENCE & [...]
6 Knoll View [...]
Ossining, NY 10[...]

January [...]

> Application granted.
>
> Plaintiff's opposition to the motion shall be served on or before February 1, 2021. Defendant's reply papers, if any, shall be served on or before February 16, 2021.
>
> All motion papers shall be filed on the new reply date, February 16, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 92.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  New York, New York
>          February 1, 2021

**VIA ECF**
Hon. Philip M. Halpern, D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building an[d ...]
300 Quarropas Street
White Plains, NY 12601

Re:     Voss v. Shulkin; Case No.: 7:17-cv-09015 (PMH)

Dear Judge Halpern:

As you are aware, this office is counsel to plaintiff Anthony Voss. My sincerest of apologies to the Court and counsel but as I was finalizing my memorandum of law, had a glitch related to my scanner, and now realize midnight is upon me.

I believe the prejudice to opposing counsel will not be great, and surely would extend the courtesy of an additional day for their reply is the Court deemed same warranted and appropriate.

It it is wherefore prayed the Court will grant me a very short extension of time, or until 2 am on 30 January 2021to complete my work.

The Court respectfully thanked in advance for its forbearance and I pray for its favorable consideration hereof.

Respectfully submitted,

/S

Steven Felsenfeld (SF-2014)

cc: Danielle Levine, Esq. / Zachary Bannon, Esq.

*60 East 42nd Street, Suite 4600, New York, NY 10165 – 212-485-9849*

*445 Hamilton Avenue, Suite 1102, White Plains, NY 10601 – 914-220-8377*