

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 23, 2021

By ECF
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Voss v. McDonough*, No. 17 Civ. 9015 (PMH)(JCM)

Dear Judge Halpern:

This Office represents Denis McDonough, in his official capacity as Secretary of the United States Department of Veterans Affairs (the "VA"),[1] defendant in the above-referenced action. I write respectfully pursuant to S.D.N.Y. Electronic Case Filing Rule 21.3 and Local Civil Rule 7.1 to request that the Court seal Docket Entry 98-38 filed by Plaintiff and order Plaintiff to file a properly redacted version of Docket Entry 98-38 within two business days of the Court's Order granting this motion.

> Application granted.
>
> The Clerk of the Court is respectfully directed to strike Doc. 98-38 from the docket but retain the summary docket text for the record.
>
> Plaintiff is directed to re-file a properly redacted version of the document by 5:00 p.m. on February 26, 2021.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 100.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 24, 2021

On February 16, 2021, Plaintiff filed a document (Dkt. No. 98-38) in connection with his opposition to the VA's motion for summary judgment that contains confidential or sensitive information, specifically the identity of the veteran who alleged that Plaintiff engaged in an inappropriate relationship with her while she was under his care while he was a Peer Support Specialist, exacerbating her PTSD. This document was marked confidential subject to the Protective Order entered in this matter. Further, on February 11, 2021, this Office asked Plaintiff's counsel to ensure all of his summary judgment papers were properly redacted, and specifically identified this document as one that needed to be filed under seal given the confidentiality of the veteran's identity. Although Plaintiff's counsel attempted to redact the veteran's identity, the redactions were transparent.

Immediately upon Plaintiff's filing of this document, this Office contacted the ECF Help Desk, which temporarily sealed Docket Entry 98-38. This Office also requested that Plaintiff's counsel ask the Court to seal the document and file a properly redacted version of Docket Entry 98-38, but to date, Plaintiff's counsel has not sought such relief from the Court.

Accordingly, this Office respectfully requests that the Court formally seal Docket Entry 98-38, and order Plaintiff's counsel to file a properly redacted version (*i.e.*, opaque redactions) within two business days of entry of an Order granting this motion.

---

[1] David Shulkin, M.D., who was named as defendant in his capacity as Secretary of the Department of Veterans Affairs, is no longer serving in that office. Secretary Denis McDonough, the current Secretary, was automatically substituted as defendant pursuant to Federal Rule of Civil Procedure 25(d).

We thank the Court for its consideration.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

By:   /s/
        DANIELLE J. LEVINE
        ZACHARY G. BANNON
        Assistant United States Attorneys
        86 Chambers Street, Third Floor
        New York, New York 10007
        Tel.: (212) 637-2689/2728

cc:    Counsel of Record